# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAUREEN OLSON

VERSUS

LOUISIANA PATIENT'S
COMPENSATION FUND OVERSIGHT
BOARD

NO.  2022 CW 0381

**JUNE 21, 2022**

---

In Re:    Louisiana Patient's Compensation Fund Oversight Board,
          Et Al., applying for supervisory writs, 19th Judicial
          District  Court,  Parish  of  East  Baton  Rouge,  No.
          652921.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**

                         **VGW**
                         **JMG**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

*a.S~*

_____
   DEPUTY CLERK OF COURT
        FOR THE COURT